UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JOHN BRYAN GONZALEZ COLON,

                         Plaintiff,                    25 **CIVIL** 1005 (GWG)

    -v-                                      **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                       Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated September 12, 2025, the Commissioners decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, for further administrative proceedings to include the opportunity for a hearing and a new decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g). See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:**  New York, New York

      September 15, 2025

                                                        **TAMMI M. HELLWIG**
                                                        **Clerk of Court**

                                **BY:**

                                                          **Deputy Clerk**